**No. 15-3744**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| MCZ DEVELOPMENT CORP., | ) | |
| SHEFFIELD DEVELOPMENT PARTNERS, LLC, | ) | On Appeal from the United States |
| GOLDEN CANYON PARTNERS, LLC, and | ) | District Court, Northern District of |
| FLORENCE DEVELOPMENT PARTNERS, LLC, | ) | Illinois |
| | ) | |
| Plaintiffs-Appellants, | ) | Case No. 13 CV 6395 |
| | ) | |
| v. | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| DICKINSON WRIGHT, PLLC and | ) | |
| DENNIS J. WHITTLESEY, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

_____

**JOINT MOTION TO STAY PROCEEDINGS IN THE SEVENTH CIRCUIT**
_____

Plaintiff-Appellant MCZ Development Corp., Sheffield Development Partners, LLC, Golden Canyon Partners, LLC, and Florence Development Partners, LLC (collectively "MCZ") and Defendant-Appellee Dickinson Wright, PLLC and Dennis J. Whittlesey (collectively "Dickinson Wright") jointly submit this Motion to Stay the Proceedings in the Seventh Circuit. MCZ and Dickinson Wright are collectively referred to as the "parties." In support of this Motion, the parties state as follows:

1. MCZ commenced this litigation in the District Court for the Northern District of Illinois on September 6, 2013; the District Court dismissed the complaint with prejudice on November 12, 2015; and MCZ commenced this appeal on December 10, 2015. As of June 24, 2016, this appeal has been fully briefed.

2. Oral argument is currently scheduled for December 1, 2016.

3. On October 21, 2016, while this appeal was pending, the parties reached an agreement in principle to settle this litigation. The settlement in principle is not finalized, as the parties are still negotiating language of the settlement agreement.

4. In order to preserve the resources of the parties and this Court, the parties respectfully request that resolution of this appeal be stayed for 45 days and the December 1, 2016 oral argument date be vacated.

5. If a complete settlement is reached within that time period, the parties will notify this Court and the appeal will be withdrawn.

WHEREFORE, the parties respectfully request that the Court grant this motion staying the proceedings and vacating the December 1, 2016 oral argument.

Dated:  October 25, 2016

Respectfully Submitted,

| MCZ DEVELOPMENT CORP., SHEFFIELD DEVELOPMENT PARTNERS, LLC, GOLDEN CANYON PARTNERS, LLC, and FLORENCE DEVELOPMENT PARTNERS, LLC, | DICKINSON WRIGHT, PLLC and DENNIS J. WHITTLESEY, |
|---|---|
| By:  ___/s/Jeffrey J. Asperger_____<br>      One of their attorneys | By:  ___/s/Anne P. Ray_____<br>      One of their attorneys |
| Jeffrey J. Asperger<br>    *Counsel of Record*<br>MELTZER PURTILL & STELLE LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606-6704 | Anne P. Ray<br>    *Counsel of Record*<br>Jeffrey D. Colman<br>Michael A. Scodro<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456 |

## **CERTIFICATE OF SERVICE**

      I, Anne P. Ray, hereby certify that on October 25, 2016, I caused the foregoing Joint Motion to Stay Proceedings in the Seventh Circuit to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system and that all counsel of record in the case are registered CM/ECF users and will receive service by the CM/ECF system.

Dated: October 25, 2016

By: ___*/s/Anne P. Ray*_____